■ MIRON PROPERTIES, LLC, Appellant, v BRUNO W. EBERLI et al., Respondents. [2 NYS3d 791]—

Order, Supreme Court, New York County (Melvin L. Schweitzer, J.), entered on or about September 5, 2013, which denied plaintiff's motion for summary judgment, and granted defendants' cross motion for summary judgment dismissing the complaint, unanimously affirmed, without costs.

Defendants demonstrated that plaintiff was not entitled to a brokerage commission with respect to defendant limited liability company's purchase of a condominium unit. The brokerage agreement did not clearly provide plaintiff with the exclusive right to deal on defendant Eberli's behalf (see Morpheus Capital Advisors LLC v UBS AG, 23 NY3d 528, 535 [2014]), and plaintiff did virtually nothing to procure the transaction or even to bring the property to the purchaser's attention (see Greene v Hellman, 51 NY2d 197, 205-206 [1980]). The motion court correctly dismissed the other causes of action as duplicative of the deficient breach of contract cause of action.

We have considered plaintiff's remaining contentions and find them unavailing. Concur—Friedman, J.P., Sweeny, Acosta, DeGrasse and Gische, JJ.